■ WILLIAM M. VISCO et al., Respondents, v HARRIET MARION, Appellant, et al., Defendants. [700 NYS2d 817] —Judgment, Supreme Court, New York County (Ira Gammerman, J.), entered November 23, 1998, which confirmed the Referee's report and directed recovery by the derivative plaintiff, 95 Avenue B Corp. as against defendant Harriet Marion in the amount of $47,400 plus interest, costs and disbursements, unanimously affirmed, without costs.

The Referee's determinations at the accounting hearing, which were accepted by the IAS Court, are not against the weight of the evidence, and we decline to disturb her credibility determinations. Concur—Rosenberger, J. P., Ellerin, Wallach, Lerner and Andrias, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WAYNE COLEMAN, Appellant. [700 NYS2d 819] —Judgment, Supreme Court, New York County (Frederic Berman, J.), rendered August 29, 1996, convicting defendant, upon his plea of guilty, of criminal sale of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to a term of 2½ to 5 years, unanimously affirmed.

After suitable inquiry, the court properly denied defendant's motion to withdraw his guilty plea (*see*, *People v Fiumefreddo*, 82 NY2d 536). The record, including defendant's thorough plea allocution, establishes the voluntariness of the plea, and defendant's assertion that such voluntariness was impaired by mental illness and medication is unsupported by any evidence. Concur—Rosenberger, J. P., Ellerin, Wallach, Lerner and Andrias, JJ.